UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

DESIGNATION OF U.S. BANKRUPTCY JUDGE
PAUL M. BLACK
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

O R D E R

WHEREAS, in my judgment the public interest so requires, pursuant to the provisions of 28 U.S.C. § 155(a).

IT IS HEREBY ORDERED that the Honorable Paul M. Black, United States Bankruptcy Judge for the Western District of Virginia, shall be assigned and designated to hold Bankruptcy Court in the following cases:

No. 1:19-bk-10086, *Lambert's Construction Co. of Bluefield*
No. 2:14-bk-20596, *Fox Engineering, Inc.*
No. 2:15-bk-20527, *Ronald Jeffrey McCowan*
No. 2:15-bk-20581, *Richard Michael Martin & Nanette Marie Martin*
No. 2:15-bk-20630, *Kenneth Ray Kidd, Jr. & Valena Reena Kidd*
No. 2:16-bk-20006, *James F. Humphreys & Associates, L.C.*
No. 2:17-bk-20459, *Hard Rock Exploration, Inc., et al.*
No. 2:18-bk-20221, *L.S.R., Inc.*
No. 2:19-bk-20469, *Williamson Memorial Hospital, LLC*
No. 2:20-bk-20007, *Thomas Health System, Inc., et al.*
No. 2:20-bk-20136, *Moore Trucking, Inc.*
No. 2:20-bk-20223, *Emad Youhanna Mousa*
No. 3:16-bk-30227, *Dennis Ray Johnson, II, et al.*
No. 3:17-bk-30231, *Sandra Lynn Phillips Clay*
No. 3:19-bk-30026, *MCP Real Estate Holding, LLC*
No. 3:19-bk-30367, *Ronald Gene Lyons*
No. 5:12-bk-50231, *John Wade Bell & Ann Tate Bell*
No. 5:16-bk-50176, *Med-Surg Group, Inc.*
No. 5:19-bk-50058, *Citizens Conservation Corps, Inc.*
No. 5:19-bk-50122, *Natalie Paige Cochran*
No. 6:19-bk-60158, *1230 South Associates, LLC*
No. 6:20-bk-60026, *New Woodridge, LLC*

in the Southern District of West Virginia.   This designation encompasses all adversary proceedings and any additional adversary proceedings that may be filed relative to the

core bankruptcy cases listed.

                                                    Roger L. Gregory
                                                    Chief Circuit Judge

Date: <u>October 6, 2020</u>

United States Bankruptcy Court

Southern District of West Virginia

In re:  Case No. 19-50122-PMB

Natalie Paige Cochran  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0425-5      User: ljg      Page 1 of 5
Date Rcvd: Oct 07, 2020      Form ID: pdf001      Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Natalie Paige Cochran, PO Box 782, Daniels, WV 25832-0782 |
| aty | + | Nicola D. Smith, Bowles Rice LLP, 101 South Queen Street, Martinsburg, WV 25401-3315 |
| aty | + | Turner & Johns, PLLC, 808 Greenbrier Street, Charleston, WV 25311-1527 |
| smg | | United States Attorney, Southern District WV, P.O. Box 1713, Charleston, WV 25326-1713 |
| smg | | WV Department of Tax & Revenue, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |
| cr | + | Daniel L Foley, 203 Brookshire Lane, Beckley, WV 25801-6729 |
| cr | + | Last Chance Funding, Inc., c/o Spencer D. Elliott, Lewis Glasser PLLC, 300 Summers Street,, 300 Summers Street, Suite 700, Charleston, WV 25301 UNITED STATES 25301-1632 |
| 2677744 | | AES / National Collegiate Trust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 2678710 | | Acceptance Now, 201 Industrial Dr, Beckley, WV 25801-9776 |
| 2677745 | #+ | American Med Systems, 1519 Boettler Rd Ste C, Uniontown, OH 44685-8391 |
| 2677746 | | CAMC HFS, PO Box 45700, Baltimore, MD 21297-5700 |
| 2677747 | | Capital One, PO Box 60501, City of Industry, CA 91716-0501 |
| 2698584 | + | Charles Hawley, 282 Mont Phillips Road, Shady Spring, WV 25918-8102 |
| 2677750 | | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 2677751 | | Community Health Systems, Inc, PO Box 14000, Belfast, ME 04915-4033 |
| 2677752 | + | Community Health Transworld Systems, Inc, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 2686215 | | Daniel Foley, DDS, c/o Roop Law Office, LC, PO Box 1145, Beckley, WV 25802-1145 |
| 2698296 | + | Donna Bolt, 211 Old Grandview Road, Beaver, WV 25813-9094 |
| 2677754 | | Duke Health, 2301 Erwin Rd, Durham, NC 27705-4699 |
| 2698295 | + | Edward and Donna Bolt, 211 Old Grandview Road, Beaver, WV 25813-9094 |
| 2677757 | | Funding Metrics, 1 Evertrust Plz Ste 1101, Jersey City, NJ 07302-3088 |
| 2677759 | | GM Financial Services, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 2687673 | + | GSR, LLC dba The Resort at Glade Springs, 255 Resort Drive, Daniels, WV 25832-9046 |
| 2677758 | | Glade Springs Resort, 255 Resort Dr, Daniels, WV 25832-9046 |
| 2677760 | | Health Team Critical Care Transport, PO Box 896197, Charlotte, NC 28289-6197 |
| 2677761 | | Healthcare Alliance, Inc., PO Box 740023, Cincinnati, OH 45274-0023 |
| 2677762 | | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 2677763 | | LCF Group, 411 Hempstead Tpke Fl 1, West Hempstead, NY 11552-1350 |
| 2698653 | + | Larry and Daphne Jessup, PO Box 246, Daniels, WV 25832-0246 |
| 2687608 | + | Last Chance Funding, Inc., c/o Spencer Elliott, Lewis Glasser, P.O. Box 1746, Charleston WV 25326-1746 |
| 2677764 | | Medstream Anesthesia PLLC, PO Box 896194, Charlotte, NC 28289-6194 |
| 2687561 | + | Raleigh General Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 2677768 | | Raleigh Radiology, Inc., PO Box 744098, Atlanta, GA 30374-4098 |
| 2677769 | | Sheriff of Raleigh County, 215 Main St, Beckley, WV 25801-4612 |
| 2698583 | + | Stark Design Group LLC, 310 Tilden Road, Beaver, WV 25813-7684 |
| 2690304 | + | Steptoe & Johnson PLLC, P O Box 1588, Charleston, WV 25326-1588 |
| 2678738 | | Steptoe & Johnson PLLC, PO Box 247, Bridgeport, WV 26330-0247 |
| 2677770 | | Sunset Memorial Park, 1925 Harper Rd, Beckley, WV 25801-2611 |
| 2700296 | + | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 2690935 | + | Tennessee Department of Revenue, TDOR c/o Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 2687550 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 2677772 | | US Department of Education / GLELSI, 2401 International Ln, Madison, WI 53704-3121 |
| 2687780 | | West Virginia State Tax Department, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |

| District/off: 0425-5 | User: ljg | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf001 | Total Noticed: 62 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: art.standish@steptoe-johnson.com | Oct 07 2020 21:05:00 | Arthur M. Standish, P. O. Box 1588, Charleston, WV 25326-1588 |
| cr | Email/Text: hggonzalez@fcbinc.com | Oct 07 2020 21:05:00 | First Community Bank, PO Box 989, Bluefield, VA 24605-0989 |
| 2689895 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2020 21:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 2698203 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2020 22:01:49 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 2677749 | + Email/Text: ering@cbhv.com | Oct 07 2020 21:05:00 | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 2677748 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2020 22:01:47 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 2687399 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 07 2020 22:03:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 2686789 | Email/Text: mrdiscen@discover.com | Oct 07 2020 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 2677753 | Email/Text: mrdiscen@discover.com | Oct 07 2020 21:04:00 | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 2677755 | Email/Text: hggonzalez@fcbinc.com | Oct 07 2020 21:05:00 | First Community Bank, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2688055 | + Email/Text: hggonzalez@fcbinc.com | Oct 07 2020 21:05:00 | First Community Bank, 29 College Drive, PO Box 989, Bluefield, VA 24605-0989 |
| 2677756 | Email/Text: hggonzalez@fcbinc.com | Oct 07 2020 21:05:00 | First Community Bank2, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2678717 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 07 2020 22:01:47 | Chase Bank, 500 Neville St # 600, Beckley, WV 25801-5342 |
| 2681823 | Email/Text: bankruptcynotices@tvacreditunion.com | Oct 07 2020 21:04:00 | Knoxville TVA Employee Credit Union, PO Box 15994, Knoxville, TN 37901-5994 |
| 2677765 | Email/Text: M74banko@daimler.com | Oct 07 2020 21:05:00 | Mercedes Benz Financial Services, PO Box 5209, Carol Stream, IL 60197-5209 |
| 2698402 | + Email/Text: pbi-loan_ops@premierbankinc.com | Oct 07 2020 21:05:00 | Premier Bank, Inc., 1085 Washington St. E, Lewisburg, WV 24901-2521 |
| 2677766 | Email/Text: pbi-loan_ops@premierbankinc.com | Oct 07 2020 21:05:00 | Premier Bankcard, 1085 E Washington St, Lewisburg, WV 24901-1454 |
| 2677767 | Email/PDF: HCABKNotifications@resurgent.com | Oct 07 2020 22:02:47 | Raleigh General Hospital, PO Box 630938, Cincinnati, OH 45263-0938 |
| 2677771 | Email/Text: CollectionsCompliance@firstdata.com | Oct 07 2020 21:05:00 | TRS Recovery, PO Box 60022, City of Industry, CA 91716-0022 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 2678711 | * | AES / National Collegiate Trust, PO Box 61047, Harrisburg, PA 17106-1047 |

Case 5:19-bk-50122   Doc 65   Filed 10/09/20   Entered 10/10/20 01:10:56   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0425-5 | User: ljg | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf001 | Total Noticed: 62 |

| | | |
|---|---|---|
| 2681804 | * | AES / National Collegiate Trust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 2681803 | * | Acceptance Now, 201 Industrial Dr, Beckley, WV 25801-9776 |
| 2678712 | *+ | American Med Systems, 1519 Boettler Rd Ste C, Uniontown, OH 44685-8391 |
| 2681805 | *+ | American Med Systems, 1519 Boettler Rd Ste C, Uniontown, OH 44685-8391 |
| 2678713 | * | CAMC HFS, PO Box 45700, Baltimore, MD 21297-5700 |
| 2681806 | * | CAMC HFS, PO Box 45700, Baltimore, MD 21297-5700 |
| 2678716 | *+ | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 2681809 | *+ | CBHV, PO Box 831, Newburgh, NY 12551-0831 |
| 2678714 | * | Capital One, PO Box 60501, City of Industry, CA 91716-0501 |
| 2681807 | * | Capital One, PO Box 60501, City of Industry, CA 91716-0501 |
| 2678715 | * | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 2681808 | * | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 2678718 | * | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 2681811 | * | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 2678719 | * | Community Health Systems, Inc, PO Box 14000, Belfast, ME 04915-4033 |
| 2681812 | * | Community Health Systems, Inc, PO Box 14000, Belfast, ME 04915-4033 |
| 2678720 | *+ | Community Health Transworld Systems, Inc, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 2681813 | *+ | Community Health Transworld Systems, Inc, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 2678721 | * | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 2681814 | * | Discover Card, PO Box 6103, Carol Stream, IL 60197-6103 |
| 2678722 | * | Duke Health, 2301 Erwin Rd, Durham, NC 27705-4699 |
| 2681815 | * | Duke Health, 2301 Erwin Rd, Durham, NC 27705-4699 |
| 2678723 | * | First Community Bank, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2681816 | * | First Community Bank, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2678724 | * | First Community Bank2, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2681817 | * | First Community Bank2, 1220 Ritter Dr, Daniels, WV 25832-9351 |
| 2678725 | * | Funding Metrics, 1 Evertrust Plz Ste 1101, Jersey City, NJ 07302-3088 |
| 2681818 | * | Funding Metrics, 1 Evertrust Plz Ste 1101, Jersey City, NJ 07302-3088 |
| 2678727 | * | GM Financial Services, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 2681820 | * | GM Financial Services, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 2678726 | * | Glade Springs Resort, 255 Resort Dr, Daniels, WV 25832-9046 |
| 2681819 | * | Glade Springs Resort, 255 Resort Dr, Daniels, WV 25832-9046 |
| 2678728 | * | Health Team Critical Care Transport, PO Box 896197, Charlotte, NC 28289-6197 |
| 2681821 | * | Health Team Critical Care Transport, PO Box 896197, Charlotte, NC 28289-6197 |
| 2678729 | * | Healthcare Alliance, Inc., PO Box 740023, Cincinnati, OH 45274-0023 |
| 2681822 | * | Healthcare Alliance, Inc., PO Box 740023, Cincinnati, OH 45274-0023 |
| 2681810 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, 500 Neville St # 600, Beckley, WV 25801-5342 |
| 2678730 | * | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 2681824 | * | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 2678731 | * | LCF Group, 411 Hempstead Tpke Fl 1, West Hempstead, NY 11552-1350 |
| 2681825 | * | LCF Group, 411 Hempstead Tpke Fl 1, West Hempstead, NY 11552-1350 |
| 2678733 | *P++ | MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323, address filed with court:, Mercedes Benz Financial Services, PO Box 5209, Carol Stream, IL 60197-5209 |
| 2681827 | *P++ | MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323, address filed with court:, Mercedes Benz Financial Services, PO Box 5209, Carol Stream, IL 60197-5209 |
| 2678732 | * | Medstream Anesthesia PLLC, PO Box 896194, Charlotte, NC 28289-6194 |
| 2681826 | * | Medstream Anesthesia PLLC, PO Box 896194, Charlotte, NC 28289-6194 |
| 2678734 | * | Premier Bankcard, 1085 E Washington St, Lewisburg, WV 24901-1454 |
| 2681828 | * | Premier Bankcard, 1085 E Washington St, Lewisburg, WV 24901-1454 |
| 2681829 | * | Raleigh General Hospital, PO Box 630938, Cincinnati, OH 45263-0938 |
| 2678735 | * | Raleigh General Hospital, PO Box 630938, Cincinnati, OH 45263-0938 |
| 2678736 | * | Raleigh Radiology, Inc., PO Box 744098, Atlanta, GA 30374-4098 |
| 2681830 | * | Raleigh Radiology, Inc., PO Box 744098, Atlanta, GA 30374-4098 |
| 2678737 | * | Sheriff of Raleigh County, 215 Main St, Beckley, WV 25801-4612 |
| 2681831 | * | Sheriff of Raleigh County, 215 Main St, Beckley, WV 25801-4612 |
| 2681832 | * | Steptoe & Johnson PLLC, PO Box 247, Bridgeport, WV 26330-0247 |
| 2678739 | * | Sunset Memorial Park, 1925 Harper Rd, Beckley, WV 25801-2611 |
| 2681833 | * | Sunset Memorial Park, 1925 Harper Rd, Beckley, WV 25801-2611 |
| 2678740 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery, PO Box 60022, City of Industry, CA 91716-0022 |
| 2681834 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery, PO Box 60022, City of Industry, CA 91716-0022 |
| 2678741 | * | US Department of Education / GLELSI, 2401 International Ln, Madison, WI 53704-3121 |

2681835         *           US Department of Education / GLELSI, 2401 International Ln, Madison, WI 53704-3121

TOTAL: 0 Undeliverable, 62 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

**Name**                          **Email Address**

Arthur M. Standish
                                  on behalf of Trustee Arthur M. Standish art.standish@steptoe-johnson.com  ams@trustesolutions.net

Elizabeth Carroll
                                  elizabeth_carroll@vawb.uscourts.gov

Gary O. Kinder
                                  on behalf of Plaintiff United States Trustee gary.o.kinder@usdoj.gov

Jacob C. Zweig
                                  on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial jzweig@evanspetree.com,
                                  crecord@evanspetree.com

Janet Smith Holbrook
                                  on behalf of Creditor Premier Bank  Inc. janet.holbrook@dinsmore.com, beth.blankenship@dinsmore.com

Janet Smith Holbrook
                                  on behalf of Creditor Mercedes-Benz Financial Services janet.holbrook@dinsmore.com  beth.blankenship@dinsmore.com

Janet Smith Holbrook
                                  on behalf of Plaintiff Premier Bank  Inc. janet.holbrook@dinsmore.com, beth.blankenship@dinsmore.com

Julia A. Chincheck
                                  on behalf of Creditor First Community Bank jchincheck@bowlesrice.com

Laura Ashley Richmond
                                  on behalf of Creditor Edward Bolt laura@abramsbyron.com  lauraashley91@gmail.com

Laura Ashley Richmond
                                  on behalf of Creditor Donna Bolt laura@abramsbyron.com  lauraashley91@gmail.com

Michael R. Proctor
                                  on behalf of Creditor First Community Bank mproctor@bowlesrice.com  lcrown@bowlesrice.com

Paul W. Roop, II
                                  on behalf of Creditor Daniel L Foley bankruptcy@rooplawoffice.com  roop.pr75731@notify.bestcase.com

Paul W. Roop, II
                                  on behalf of Plaintiff Daniel L Foley bankruptcy@rooplawoffice.com  roop.pr75731@notify.bestcase.com

Robert L. Johns
                                  rjohns@turnerjohns.com
                                  bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trustesolutions.net

Robert L. Johns
                                  on behalf of Trustee Robert L. Johns rjohns@turnerjohns.com
                                  bblickenstaff@turnerjohns.com;rlj@trustesolutions.net;amarshall@turnerjohns.com;rlj@trustesolutions.net

Robert P. Dunlap, Esquire, PLLC

| District/off: 0425-5 | User: ljg | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf001 | Total Noticed: 62 |

|  |  |
|---|---|
|  | on behalf of Defendant Natalie Paige Cochran robertdunlapesq@aol.com  G31245@notify.cincompass.com |
| Robert P. Dunlap, Esquire, PLLC | on behalf of Debtor Natalie Paige Cochran robertdunlapesq@aol.com  G31245@notify.cincompass.com |
| Sabrina Lee | sabrina_lee@vawb.uscourts.gov |
| Spencer D. Elliott | on behalf of Creditor Last Chance Funding  Inc. selliott@lgcr.com |
| United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| Zachary J. Rosencrance | on behalf of Creditor First Community Bank zrosencrance@bowlesrice.com  ajones@bowlesrice.com |

TOTAL: 21